## IN THE UNITES STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Millard McCann Corp. ) | Case No. 13 B 11909 |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Hon. Carol A. Doyle |
| ) | Hearing Date: |
| ) | Hearing Time: |

### NOTICE OF FILING

TO:  David T. Wallach
     O. Allan Fridman
     555 Skokie Boulevard, Suite 500
     Northbrook, Illinois  60062

**PLEASE TAKE NOTICE** that on April 1, 2013, we filed with the Clerk of the U.S. Bankruptcy Court Clerk for the Northern District of Illinois the attached Bridgeview Bank Group's Amendment to Motion to Waive Compliance with Section 543 of the Bankruptcy Code, a true and correct copy of which is hereby served upon you.

**BRIDGEVIEW BANK GROUP**,

By:   /s/ James R. Griffin
      One of Its attorneys

James R. Griffin (ARDC No. 6243030) (jgriffin@sbbklaw.com)
Michael R. Burney (ARDC No. 6302982) (mburney@sbbklaw.com)
SCHAIN, BURNEY, BANKS & KENNY, LTD.
70 W. Madison Street, Suite 4500
Chicago, Illinois  60602
Phone:  (312) 345-5700
Fax:  (312) 345-5701

### CERTIFICATE OF SERVICE

The undersigned certifies that on April 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system which will send electronic notification to the parties participating in the Court's ECF system and mailed a copy to the following parties on the attached service list via first class mail, with proper postage prepaid, on this 1st day of April, 2013.

[✓]  Under penalties provided by law pursuant to
     735 ILCS 5/1-109, I certify that the statements
     Set forth herein are true and correct.

                                        By:/s/ James R. Griffin
                                              Signature

# IN THE UNITES STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| Millard McCann Corp. | ) Case No. 13 B 11909 |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) Hon. Carol A. Doyle |
| | ) Hearing Date: |
| | ) Hearing Time: |

## SERVICE LIST

Arnold Siegal
Siegal & Callahan, P.C.
20 North Clark Street
Chicago, Illinois 60602

Foresite Realty Partners, L.L.C.
6400 Shafer Court, Suite 475
Rosemont, Illinois 60018

Jeppy Construction
1961 N. Latrobe
Chicago, Illinois 60639

Cook County Treasurer
118 North Clark Street, Room 112
Chicago, Illinois 60602

Mission Capital LLC
P. O. Box 1475
Northbrook, Illinois 60065

## IN THE UNITES STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13 B 11909 |
| Millard McCann Corp. ) | Chapter 11 |
| ) | |
| Debtor. ) | Hon. Carol A. Doyle |
| ) | Hearing Date: |
| ) | Hearing Time: |

### BRIDGEVIEW BANK GROUP'S AMENDMENT TO MOTION TO WAIVE COMPLIANCE WITH SECTION 543 OF THE BANKRUPTCY CODE

Bridgeview Bank Group, by its attorneys Schain, Burney, Banks & Kenny, Ltd., hereby amends its Motion to Waive Compliance with Section 543 of the Bankruptcy Code previously filed in this matter on March 29, 2013 as follows:

1. The correct address of the Property is 1816 West Wellington Avenue, Chicago, Illinois 60657.

2. Paragraph 8 of Bridgeview Bank Group's Motion to Waive Compliance with Section 543 of the Bankruptcy Code previously filed on March 29, 2013 is hereby amended to reflect the correct address of the Property as 1816 West Wellington Avenue, Chicago, Illinois 60657.

3. No further amendments are made.

Respectfully submitted,

**BRIDGEVIEW BANK GROUP**,

By:   /s/ James R. Griffin
        One of Its attorneys

James R. Griffin (ARDC No. 6243030) ([jgriffin@sbbklaw.com](jgriffin@sbbklaw.com))
Michael R. Burney (ARDC No. 6302982) ([mburney@sbbklaw.com](mburney@sbbklaw.com))
SCHAIN, BURNEY, BANKS & KENNY, LTD.
70 W. Madison Street, Suite 4500
Chicago, Illinois  60602
Phone: (312) 345-5700 - Fax: (312) 345-5701
S:\~CLIENTS\Bridgeview Bank Group\Millard McCann\Bankruptcy\Amended Motion to Waive Compliance with Section 543 of the Bankruptcy Code 04-01-2013.docx