United States Bankruptcy Court
Northern District of Illinois
Eastern Division

In re: MILLARD McCANN CORP.

Debtor(s).

Bankruptcy Case No.: 13-B-11909

Adversary Case No.:

### TRIAL/ EVIDENTIARY HEARING ORDER

This proceeding having come before the court for status hearing on the MOTION FOR RELIEF FROM STAY BY BRIDGEVIEW BANK.

**It Is Hereby Ordered:**

1. Discovery shall be noticed so as to be completed on or before JULY 10, 2013

2. On or before JULY 15, 2013 the parties shall file with the Court and serve on all appropriate parties copies of witness and exhibit lists, and shall serve on all appropriate parties copies of exhibits. The parties shall be barred from offering any exhibits or witnesses not appearing on these lists at trial/evidentiary hearing, unless otherwise ordered for good cause.

3. On or before JULY 1, 2013 expert disclosures under Rule 7026, including a summary of the expert's testimony, shall be filed, or that expert's testimony may be barred at trial.

4. On or before ~~motions in limine or objections to the admission~~ of exhibits shall be filed.

5. ~~The court will rule on any such appropriately noticed motions on~~ at ~~_____~~.

6. Any listed exhibits as to which there is no objection filed pursuant to paragraph 4 above will be admitted into evidence at the outset of the hearing.

7. At least two days prior to trial/evidentiary hearing, two copies of each party's exhibits shall be submitted to chambers.

8. The trial/evidentiary hearing on the above matter shall commence on JULY 18, 2013 at 1:30 pm.

Dated: JUN 13 2013

Pamela S. Hollis/Bankruptcy Judge